**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**


**LUTHER ONEAL SUTTER**                                                        **PLAINTIFF**


**v.**                                  **CASE NO. 4:26-CV-436-BSM**


**TIMOTHY DAVIS FOX, in his individual capacity;**
**TIMOTHY DAVIS FOX, in his official capacity;**
**MICHAEL McCARTY HARRISON;**
**FRIDAY ELDREDGE & CLARK, LLP;**
**BRENDA KNOERNSCHILD; and STATE FARM**
**MUTUAL AUTOMOBILE INSURANCE COMPANY**                      **DEFENDANTS**


**MOTION TO DISMISS COMPLAINT**
**ON BEHALF OF JUDGE TIMOTHY DAVIS FOX**

Comes Judge Timothy Davis Fox, in his individual and official capacities, and for his Motion to Dismiss the Complaint against him with prejudice, states:

1.      Judge Fox is the duly elected circuit judge for the Sixth Judicial Circuit of the State of Arkansas presiding over civil cases in Pulaski and Perry County.

2.      The allegations are an impermissible attempt to convert judicial acts, judicial communications, and case-management decisions into federal constitutional tort claims. The Complaint repeatedly challenges actions taken by Judge Fox in his capacity as a state circuit judge presiding over litigation pending before him, including recusal decisions, communications relating to pending proceedings, referrals to prosecutors, and statements made in connection with court administration and adjudication.

3.      Despite Plaintiff's efforts to characterize the conduct as "extra-judicial," the acts complained of are quintessential judicial functions protected by absolute judicial immunity.

1

4.     The Complaint also fails on grounds of sovereign immunity and lack of subject-matter jurisdiction.

5.     Accordingly, the Complaint should be dismissed against Judge Fox with prejudice.

6.     A brief in support of this motion is being filed contemporaneously and is incorporated herein. Fed. R. Civ. P. 10(c).

WHEREFORE, Judge Timothy Davis Fox respectfully asks the Court to dismiss the complaint against him with prejudice.

Respectfully submitted,

*/s/ Jordan Broyles*
Jordan Broyles, Ark. Bar No. 2015156
Senior Assistant Attorney General

Office of the Arkansas Attorney General
Bob R. Brooks Jr. Justice Building
101 West Capitol Avenue
Little Rock, AR 72201
(501) 301-0169, (501) 682-2591 fax
jordan.broyles@arkansasag.gov

*Counsel for Judge Timothy Davis Fox*