**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**LUTHER ONEAL SUTTER** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-436-BSM**

**TIMOTHY DAVIS FOX, et al.** **DEFENDANTS**

# NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3, Defendant Judge Timothy Davis Fox appeals to the United States Court of Appeals for the Eighth Circuit from this Court's Order entered on September 22, 2026 (ECF 46), insofar as it denies his motion to dismiss (ECF 12) based on absolute judicial immunity and permits Plaintiff's individual capacity claims against him to proceed.

The Eighth Circuit has jurisdiction under 28 U.S.C. § 1291 and the collateral-order doctrine to review the denial of Judge Fox's claim of absolute judicial immunity. *See Mitchell v. Forsyth*, 472 U.S. 511, 524–25 (1985) (explaining that a "final decision" under "§ 1291 does not necessarily mean the last order possible to be made in a case" and that "the denial of a substantial claim of absolute immunity is an order appealable before final judgment") (cleaned up); *see also Rockett v. Eighmy*, 71 F.4th 665, 668 (8th Cir. 2023) ("[A] denial of absolute immunity is immediately appealable."); *Alt. Fuels, Inc. v. Cabanas*, 435 F.3d 855, 858 (8th Cir. 2006) ("Under this doctrine, an interlocutory appeal lies from a denial of absolute immunity.").

Respectfully submitted,

*/s/ Jordan Broyles*
Jordan Broyles, Ark. Bar No. 2015156
Senior Assistant Attorney General

Office of the Arkansas Attorney General
Bob R. Brooks Jr. Justice Building
101 West Capitol Avenue
Little Rock, AR 72201
(501) 301-0169, (501) 682-2591 fax
jordan.broyles@arkansasag.gov

*Counsel for Judge Timothy Davis Fox*